UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA PRICE-MAHDI,

        Plaintiff,

  v.

RICH SUBIA et al,

        Defendant.

Case Number: CV07-05343 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua Price-Mahdi K-07531
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: November 16, 2007

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk