1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,** | C 07-5343 MHP (PR) |
| Petitioner, | |
| v. | |
| **RICH SUBIA, Warden of Mule Creek State Prison,** | |
| Respondent. | |

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MARK S. HOWELL
Deputy Attorney General
State Bar No. 95125
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5969
  Fax: (415) 703-1234
  Email: mark.howell@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,**<br><br>                 Petitioner,<br><br>**v.**<br><br>**RICH SUBIA, Warden of Mule Creek State Prison,**<br><br>                 Respondent. | C 07-5343 MHP (PR)<br><br>**DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME** |

I, MARK S. HOWELL, declare as follows:

1. I am the Deputy Attorney General assigned to represent Respondent in the above-entitled case. The matters referred to in this declaration are based upon my personal knowledge, and I could testify competently to those matters if called as a witness.

2. Petitioner filed a Petition For Writ Of Habeas Corpus on October 19, 2007. On November 16, 2007, this Court filed an Order directing Respondent to file, on or before January 25, 2008, a Motion To Dismiss the Petition, or alternatively, to file a notice that a Motion To Dismiss the Petition is unwarranted. I have not received any prior enlargements of time.

3. I am currently assigned to prepare respondent's briefs in *People v. Finks*, A118616; *People v. Hall*, H031269; *People v. Meyer*, A118121; *People v. Kanda*, H031532; *People v.*

*Romero*, H031611; and *People v. Weaver*, A117951. I am also assigned to file a motion to dismiss in a capital case involving 69 claims, *Branner v. Ayers*, C-90-3219-DLJ. Furthermore, I am assigned to file Answers in three other non-capital habeas cases: *Roundtree v. Clark*, C-07-1292-MJJ; *Uvalles v. Runnels*, C-05-2779-MJJ; and *Zuniga v. Felker*, C-07-4319-PJH.

    4. After the issuance of the Court's Order of November 16, 2007, I began gathering the state court records from our archives and from various state courts wherein petitioner has sought state habeas relief. I have now received those records, and I am in the process of having them duplicated for the Court. I am currently researching the issues raised by the tardiness of the petition, but I will require about 60 more days to review the records and to prepare Respondent's pleading.

    5. I have not attempted to contact petitioner to determine whether he has any objection to an enlargement of time because petitioner is proceeding *pro se*, and he is currently incarcerated in Mule Creek State Prison at Ione, California.

    WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time, to and including March 25, 2008, within which to file an Answer.

    I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 24th day of January, 2008, at San Francisco, California.

Respectfully submitted,

**/s/ Mark S. Howell**
MARK S. HOWELL
Deputy Attorney General
Attorneys for Respondent