1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,** | C 07-5343 MHP (PR) |
| Petitioner, | |
| v. | |
| **RICH SUBIA, Warden of Mule Creek State Prison,** | |
| Respondent. | |

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,**<br><br>                                         Petitioner,<br><br>   v.<br><br>**RICH SUBIA, Warden of Mule Creek State Prison,**<br><br>                                         Respondent. | C 07-5343 MHP (PR)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FIRST ENLARGEMENT OF TIME** |

Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File a Motion to Dismiss, or alternatively, to file a notice that a Motion To Dismiss is unwarranted, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED as follows:

1. Respondent's Ex Parte Application For A First Enlargement Of Time is GRANTED.

2. Time shall enlarge by 60 days, and Respondent shall file and serve his pleading on or before March 25, 2008.

3. Petitioner may file and serve an opposition to any Motion To Dismiss the Petition on or before April 29, 2008.

4. Any Motion To Dismiss the Petition will be deemed submitted as of the date that Petitioner's Opposition is due. No hearing will be held on the motion. If Respondent notifies the court that a motion to dismiss is unwarranted, or if a Motion To Dismiss is decided against Respondent, the Court will then determine whether to require an Answer to the Petition.

Dated:

_____
MARILYN HALL PATEL
United States District Judge

*Price-Mahdi v. Subia* - [Proposed] Order Granting Respondent's Ex Parte Application For A First Enlargement Of Time
C 07-5343 MHP (PR)

1