IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,**<br><br>Petitioner,<br><br>v.<br><br>**RICH SUBIA, Warden of Mule Creek State Prison,**<br><br>Respondent. | C 07-5343 MHP (PR)<br><br>**[AMENDED PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FIRST ENLARGEMENT OF TIME** |

Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File a Motion to Dismiss, or alternatively, to file a notice that a Motion To Dismiss is unwarranted, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED as follows:

1. Respondent's Ex Parte Application For A First Enlargement Of Time is GRANTED.

2. Time shall enlarge by 60 days, and Respondent shall file and serve his pleading on or before March 25, 2008.

3. Petitioner may file and serve an opposition to any Motion To Dismiss the Petition on or before April 29, 2008.

4. If Petitioner files an Opposition, Respondent may file and serve a Reply on or before May 14, 2008.

5. Any Motion To Dismiss the Petition will be deemed submitted as of the date that the Reply is due. No hearing will be held on the motion. If Respondent notifies the court that a motion to dismiss is unwarranted, or if a Motion To Dismiss is decided against Respondent, the Court will then determine whether to require an Answer to the Petition.

Dated:

_____
MARILYN HALL PATEL
United States District Judge

*Price-Mahdi v. Subia* - [Amended Proposed] Order Granting Respondent's Ex Parte Application For A First Enlargement Of Time - C 07-5343 MHP (PR)

1

# DECLARATION OF SERVICE BY MAIL

Case Name: *Price-Mahdi v. Subia*
Case No.  **C 07-5343 MPH (pr)**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 24, 2008</u>, I served the attached


**[AMENDED PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**


in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Joshua Price-Mahdi
K-07531
Mule Creek State Prison
P.O. Box 409020
Ione, CA  95640


I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on January 24, 2008, at San Francisco, California.


|  Denise Neves  |  **/s/ Denise Neves**  |
|---|---|
|  | Signature |