1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   **JOSHUA PRICE-MAHDI,**                    C-07-5343 MHP (pr)
14
                            Petitioner,       **RESPONDENT'S EX PARTE**
15                                            **APPLICATION FOR A**
       v.                                     **SECOND ENLARGEMENT**
16                                            **OF TIME**
   **RICH SUBIA, Warden of Mule Creek Prison,**
17
                            Respondent.
18

19

20         Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case

21  respectfully requests a second enlargement of time for 63 days, to and including May 27, 2008,

22  within which to file a Motion To Dismiss the Petition for Writ of Habeas Corpus, or alternatively

23  to file a notice that a Motion To Dismiss the Petition is unwarranted.  As is demonstrated in the

24  accompanying Declaration of Mark S. Howell, good cause exists for Respondent's request for an

25  enlargement of time.  Counsel for Respondent has not communicated with Petitioner regarding this

26  request for an enlargement of time because Petitioner is currently acting *pro se* and is incarcerated

27  in Mule Creek State Prison at Ione, California.

28

*Price-Mahdi v. Subia* - Respondent's Ex Parte Application For A Second Enlargement Of Time - C 07-5343 MHP (pr)

1

1 | Accordingly, Respondent respectfully requests a second enlargement of time, to and including May 27, 2008, within which to file his pleading, and to supply this Court with the state court records in support of that pleading.

Dated: March 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2007403211

---

*Price-Mahdi v. Subia* - Respondent's Ex Parte Application For A Second Enlargement Of Time - C 07-5343 MHP (pr)

2

**DECLARATION OF SERVICE BY MAIL**

Case Name: *Price-Mahdi v. Subia*
Case No. **C 07-5343 MPH (pr)**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 25, 2008</u>, I served the attached

**MOTION AND DECLARATION OF GOOD CAUSE FOR SECOND
ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF EX PARTE APPLICATION
FOR SECOND ENLARGEMENT OF TIME**

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Joshua Price-Mahdi
K-07531
Mule Creek State Prison
P.O. Box 409020
Ione, CA  95640

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on March 25, 2008, at San Francisco, California.

   <u>  Denise Neves            </u>                  <u>     **/s/ Denise Neves**         </u>
                                                                         Signature