IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,** | C 07-5343 MHP (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR SECOND ENLARGEMENT OF TIME** |
| v. | |
| **RICH SUBIA, Warden of Mule Creek State Prison,** | |
| Respondent. | |

Having considered Respondent's Ex Parte Application For A Second Enlargement Of Time To File a Motion to Dismiss, or alternatively, to file a notice that a Motion To Dismiss is unwarranted, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED as follows:

1. Respondent's Ex Parte Application For A Second Enlargement Of Time is GRANTED.

2. Time shall enlarge by 63 days, and Respondent shall file and serve his pleading on or before May 27, 2008.

3. Petitioner may file and serve an Opposition to any Motion To Dismiss the Petition on or before July 1, 2008.

4. If Petitioner files an Opposition, Respondent may file and serve a Reply on or before July 16, 2008.

5. Any Motion To Dismiss the Petition will be deemed submitted as of the date that the Reply is due. No hearing will be held on the motion. If Respondent notifies the court that a motion to dismiss is unwarranted, or if a Motion To Dismiss is decided against Respondent, the Court will then determine whether to require an Answer to the Petition.

Dated: _____

MARILYN HALL PATEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Price-Mahdi v. Subia* - [Amended Proposed] Order Granting Respondent's Ex Parte Application For A First Enlargement Of Time - C 07-5343 MHP (PR)

2