1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MARK S. HOWELL
Deputy Attorney General
6 | State Bar No. 95125
 455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-3664
 Telephone: (415) 703-5969
8 | Fax: (415) 703-1234
 Email: mark.howell@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,** | C-07-5343 MHP (pr) |
| Petitioner, | |
| v. | |
| **RICH SUBIA, Warden of Mule Creek State Prison,** | |
| Respondent. | |

**RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| **JOSHUA PRICE-MAHDI,** | C-07-5343 MHP (pr) |
|---|---|
| Petitioner, | **RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME** |
| v. | |
| **RICH SUBIA, Warden of Mule Creek Prison,** | |
| Respondent. | |

        Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case respectfully requests a third enlargement of time for 62 days, to and including July 28, 2008, within which to file a Motion To Dismiss the Petition for Writ of Habeas Corpus, or alternatively to file a notice that a Motion To Dismiss the Petition is unwarranted. As is demonstrated in the accompanying Declaration of Mark S. Howell, good cause exists for Respondent's request for an enlargement of time. Counsel for Respondent has not communicated with Petitioner regarding this request for an enlargement of time because Petitioner is currently acting *pro se* and is incarcerated in Mule Creek State Prison at Ione, California.

1       Accordingly, Respondent respectfully requests a second enlargement of time, to and including July 28, 2008, within which to file his pleading, and to supply this Court with the state court records in support of that pleading.

4       Dated: May 27, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2007403211

*Price-Mahdi v. Subia* - Respondent's Ex Parte Application For A Third Enlargement Of Time - C 07-5343 MHP (pr)

## DECLARATION OF SERVICE BY MAIL

Case Name: *Price-Mahdi v. Subia*

Case No. C 07-5343 MPH (pr)

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 27, 2008**, I served the attached

### MOTION AND DECLARATION OF GOOD CAUSE FOR THIRD ENLARGEMENT OF TIME TO FILE ANSWER

### DECLARATION OF MARK S. HOWELL IN SUPPORT OF EX PARTE APPLICATION FOR THIRD ENLARGEMENT OF TIME

### [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

**Joshua Price-Mahdi**
**K-07531**
**Mule Creek State Prison**
**P.O. Box 409020**
**Ione, CA 95640**

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on **May 27, 2008**, at San Francisco, California.

__M. Otanes__                                                                 _____
                                                                                              (Signature)