IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,**<br><br>Petitioner,<br><br>v.<br><br>**RICH SUBIA, Warden of Mule Creek State Prison,**<br><br>Respondent. | C 07-5343 MHP (PR)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR THIRD ENLARGEMENT OF TIME** |

Having considered Respondent's Ex Parte Application For A Third Enlargement Of Time To File a Motion to Dismiss, or alternatively, to file a notice that a Motion To Dismiss is unwarranted, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED as follows:

1. Respondent's Ex Parte Application For A Third Enlargement Of Time is GRANTED.

2. Time shall enlarge by 62 days, and Respondent shall file and serve his pleading on or before July 28, 2008.

3. Petitioner may file and serve an Opposition to any Motion To Dismiss the Petition on or before September 2, 2008.

4. If Petitioner files an Opposition, Respondent may file and serve a Reply on or before September 17, 2008.

5. Any Motion To Dismiss the Petition will be deemed submitted as of the date that the Reply is due. No hearing will be held on the motion. If Respondent notifies the court that a Motion to Dismiss is unwarranted, or if the Court denies a Motion To Dismiss, the Court will then determine whether Respondent must file an Answer to the Petition.

Dated: 5/28/2008

IT IS SO ORDERED

_____
MARILYN H. PATEL
United States Judge Marilyn H. Patel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Price-Mahdi v. Subia* - [Amended Proposed] Order Granting Respondent's Ex Parte Application For A First Enlargement Of Time - C 07-5343 MHP (PR)

2