1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,** | C 07-5343 MHP (PR) |
| Petitioner, | **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A FOURTH ENLARGEMENT OF TIME** |
| v. | |
| **RICH SUBIA, Warden of Mule Creek State Prison,** | |
| Respondent. | |

19       I, MARK S. HOWELL, declare as follows:

20       1. I am the Deputy Attorney General assigned to represent Respondent in the above-

21  entitled case. The matters referred to in this declaration are based upon my personal knowledge, and

22  I could testify competently to those matters if called as a witness.

23       2. Petitioner filed a Petition For Writ Of Habeas Corpus on October 19, 2007. On

24  November 16, 2007, this Court filed an Order directing Respondent to file, on or before January 25,

25  2008, a Motion To Dismiss the Petition, or alternatively, to file a notice that a Motion To Dismiss

26  the Petition is unwarranted. I have received three prior enlargements of time.

27       3. I am currently assigned to prepare respondent's briefs in *People v. Hall*, A119292;

28  *People v. Dillon*, A117853; *People v. Marshall*, A119075; *People v. Blunt*, A118573; *People v.*

1  *Brown*, A118855; *People v. Marlowe*, A118956; and *People v. Corsaut*, A119750; *People v.*
2  *Applegate*, A118980; and *People v. Romayor,* H032112.  I am also assigned to file a motion to
3  dismiss in a capital case involving 69 claims, *Branner v. Ayers*, C-90-3219-DLJ.

4      4. Over the past 60 days, I have filed respondent's briefs in *People v.Romero*, H031611;
5  *People v. Weaver*, A117951; and *People v. Kanda*, H031532.  I also filed a Motion To Dismiss in
6  *Uvalles v. Runnels*, C-05-2779-MJJ, and this week I expect to file a respondent's brief in *People v.*
7  *Jefferson*, A116383, and an opposition in *Meder v. Superior Court*, A121481.

8      5. I am currently drafting my response to the Court's order.  I have indexed the record and
9  had it duplicated, but I still require about 30 days to complete the warden's response.

10     6. I have not attempted to contact petitioner to determine whether he has any objection
11 to an enlargement of time because petitioner is proceeding *pro se*, and he is currently incarcerated
12 in Mule Creek State Prison at Ione, California.

13     WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time,
14 to and including August 27, 2008, within which to file a response to the Court's Order.

15     I declare under penalty of perjury that the foregoing is true and correct.  This declaration
16 is executed this 28th day of July, 2008, at San Francisco, California.

18          Respectfully submitted,

20          **/s/ Mark S. Howell**
            MARK S. HOWELL
21          Deputy Attorney General
            Attorneys for Respondent

*Price-Mahdi v. Subia* - Respondent's Ex Parte Application For A Fourth Enlargement Of Time  - C 07-5343 MHP (PR)

2