1

2

3         IN THE UNITED STATES DISTRICT COURT

4       FOR THE NORTHERN DISTRICT OF CALIFORNIA

5             SAN FRANCISCO DIVISION

6

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,** | C 07-5343 MHP (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR FOURTH ENLARGEMENT OF TIME** |
| **v.** | |
| **RICH SUBIA, Warden of Mule Creek State Prison,** | |
| Respondent. | |

12       Having considered Respondent's Ex Parte Application For A Fourth Enlargement Of Time

13   To File a Motion to Dismiss, or alternatively, to file a notice that a Motion To Dismiss is

14   unwarranted, and GOOD CAUSE APPEARING,

15       IT IS HEREBY ORDERED as follows:

16       1. Respondent's Ex Parte Application For A Fourth Enlargement Of Time is GRANTED.

17       2. Time shall enlarge by 30 days, and Respondent shall file and serve his pleading on or

18   before August 27, 2008.

19       3. Petitioner may file and serve an Opposition to any Motion To Dismiss the Petition on

20   or before October 1, 2008.

21       4. If Petitioner files an Opposition, Respondent may file and serve a Reply on or before

22   October 16, 2008.

23       5. Any Motion To Dismiss the Petition will be deemed submitted as of the date that the

24   Reply is due. No hearing will be held on the motion. If Respondent notifies the court that a Motion

25   to Dismiss is unwarranted, or if the Court denies a Motion To Dismiss, the Court will then determine

26   whether Respondent must file an Answer to the Petition.

27       Dated:

28                                         _____
                                          MARILYN HALL PATEL
                                          United States District Judge