UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PRICE-MAHDI,<br><br>        Plaintiff,<br><br>  v.<br><br>RICH SUBIA et al,<br><br>        Defendant. | Case Number: CV07-05343 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joshua Price-Mahdi K-07531
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640


Dated: August 1, 2008

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk