EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MARK S. HOWELL
Deputy Attorney General
State Bar No. 95125
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5969
  Fax: (415) 703-1234
  Email: mark.howell@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSHUA PRICE-MAHDI,**<br><br>                   Petitioner,<br><br>   v.<br><br>**RICH SUBIA, Warden of Mule Creek Prison,**<br><br>                   Respondent. | C-07-5343 MHP (pr)<br><br>**NOTICE OF LODGING AND INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS THE PETITION FOR UNTIMELINESS**, **28 U.S.C. § 2244(d)** |

By an Order filed November 16, 2007, this Court directed respondent to file a Motion To Dismiss the Petition for Untimeliness, or alternatively, to file with the Court a notice that respondent is of the opinion that a Motion To Dismiss on the ground of untimeliness is unwarranted. The documents identified herein are being lodged in support of respondent's Motion To Dismiss the Petition for Untimeliness, which is filed concurrently with this pleading:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Minute Order of Contra Costa County Superior Court dated May 10, 1996, indicating that petitioner is committed to the California Department of Corrections for 25 years to life |
| B | Contra Costa County Superior Court Abstract of Judgment, dated May 10, 1996, committing petitioner to state prison for 25 years to life |

Notice Of Lodging And Index Of Exhibits In Support Of Respondent's Motion To Dismiss The Petition For Untimeliness - C-07-5343 MHP

| EXHIBIT | DESCRIPTION |
|---|---|
| C | Appellant's Opening Brief, filed December 17, 1996, in the California Court of Appeal |
| D | Respondent's Brief, filed May 16, 1997 in the California Court of Appeal |
| E | Appellant's Reply Brief, filed June 3, 1997, in the California Court of Appeal |
| F | Unpublished opinion of the California Court of Appeal, filed December 12, 1997, affirming the judgment |
| G | Appellant's Petition for Review, filed January 16, 1998, in California Supreme Court |
| H | Order of the California Supreme Court, filed March 25, 1998, denying review |
| I | Remittitur filed April 21, 1998 |
| J | Petition for Writ of Habeas Corpus, filed February 14, 2007, in Contra County Superior Court |
| K | Order of the Contra Costa Superior Court, filed March 19, 2007, denying Petition for Writ of Habeas Corpus |
| L | Petition for Writ of Habeas Corpus, filed March 27, 2007, in California Court of Appeal |
| M | Order of the California Court of Appeal, filed April 4, 2007, denying Petition for Writ of Habeas Corpus |
| N | Petition for Writ of Habeas Corpus, filed April 16, 2007, in California Supreme Court No. S151866 |
| O | Docket Summary, *In re Price-Mahdi* on habeas corpus, California Supreme Court No. S151866, showing that Petition for Writ of Habeas Corpus therein was denied on September 19, 2007. *See* final attachment to the Petition for Writ of Habeas Corpus on file herein, *Price-Mahdi v. Subia*, C-07-5343 MHP (pr), Dkt. No. 1 |
| P | Clerk's Transcript, vol. II, pp. 315-16, Excerpt from Petitioner's In Limine Motion for Grant of Judicial Use Immunity, filed January 16, 1996 |
| Q | Clerk's Transcript, vol. II, pp. 337, Excerpt from Petitioner's Motion for Judgment of Acquittal of First and Second Degree Murder, filed January 19, 1996 |
| R | Reporter's Transcript, vol. II, January 5, 1996, pp. 373-378 |
| S | Reporter's Transcript, vol. II, January 8, 1996, p. 390 |
| T | Reporter's Transcript, vol. II, January 8, 1996, pp. 469-473 |

Notice Of Lodging And Index Of Exhibits In Support Of Respondent's Motion To Dismiss The Petition For Untimeliness - C-07-5343 MHP

Dated:  August 27, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

Notice Of Lodging And Index Of Exhibits In Support Of Respondent's Motion To Dismiss The Petition For Untimeliness - C-07-5343 MHP

3

## DECLARATION OF SERVICE BY MAIL

Case Name: *Price-Mahdi v. Subia*
Case No. **C 07-5343 MPH (pr)**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 27, 2008, I served the attached

### NOTICE OF LODGING AND INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS THE PETITION FOR UNTIMELINESS

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Joshua Price-Mahdi
K-07531
Mule Creek State Prison
P.O. Box 409020
Ione, CA  95640

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

|  Denise Neves  | **/s/ Denise Neves** |
|---|---|
|  | Signature |